KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7151
> Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAREN EKLUND, ) <br> ) <br> Defendant. ) | No. CR 05-0650 MJJ <br><br> **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Edward M. Chen, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner KAREN ELIZABETH EKLUND, a/k/a Karen E. Pickard a/k/a Christine Langlois.

//

//

//

1  The prisoner is required as the defendant in this matter before this Court. Her place of custody
2  and jailor are set forth in the following writ.
3
4  DATED: November 18, 2005                    Respectfully submitted,
5                                              KEVIN V. RYAN
                                                United States Attorney
6
7
8                                               KIRSTIN M. AULT
                                                Assistant United States Attorney
9
10 IT IS SO ORDERED.
   DATE: 11/21/05
11                                              EDWARD M. CHEN
                                                United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
3 04 30210 JCS

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To Federico L. Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the Wayne Brown Correctional Facility, Nevada City, California:

### GREETINGS

The prisoner Karen Elizabeth Eklund, also known as Karen E. Pickard, also known as Christine Langlois, is now in custody in the above-referenced institution. She is required to appear on criminal charges now pending against her in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court forthwith. You shall bring her before the Magistrate Judge who is on duty when the prisoner is produced. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above referenced institution, or abide by whatever further order the Court may make concerning her custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, she be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: *November 22, 2005*

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEPUTY CLERK