1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
     450 Golden Gate Ave., P.O. Box 36060
6    San Francisco, California 94102
     Telephone: (415) 436-7151
7    Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

   E-filing

   FILED
   JAN 0 5 2006
   RICHARD W. WIEKING
   CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                         OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,      )   No. CR 05-00650 MJJ
                                    )
13 |       Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   PROTECTIVE ORDER RE: DISCOVERY
14 |   v.                            )   OF PERSONAL AND FINANCIAL
                                    )   INFORMATION
15 | KAREN EKLUND,                   )
                                    )
16 |       Defendants.               )
                                    )
17 |_____)   OAKLAND VENUE

18     With the agreement of the parties, and with the consent of the defendant, the Court enters

19 the following order:

20     Defendant Karen Eklund is charged with one count of aggravated identity theft, in

21 violation of 18 U.S.C. §1028A; and two counts of access device fraud, in violation of 18 U.S.C.

22 §1029. Upon request, the United States will produce to counsel for the defendant discovery that

23 contains personal identifying information, including social security numbers, birth dates and

24 driver's license numbers, and private financial information, including account numbers and

25 locations, pertaining to the victims in this case. Pursuant to Federal Rule of Criminal Procedure

26 16, the government requests that disclosure of these materials be subject to the following

27 restrictions:

28 ///

PROTECTIVE ORDER
[CR 05-00650 MJJ]

1. Except when being actively examined for the purpose of the preparation of the defense of defendant Karen Eklund, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator. Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Karen Eklund and for no other purpose:

    a) Counsel for defendant;

    b) Members of the counsel for the defendant's law office who are assisting with the preparation of Karen Eklund's defense;

    c) Defendant Karen Eklund, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d) Investigators retained by the defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, prior to receiving access to the materials, shall sign a copy of this Order acknowledging that

    a) they have reviewed the Order;

    b) they understand its contents;

      c)    they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Karen Eklund;

      d)    they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

5. No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

7. Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

8. Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If defendant

///
///
///
///
///
///
///
///
///

1  believes that she must maintain the material for any reason related to appeal, defendant must seek
2  authorization from the District Court within five days of the sentencing and judgement in this
3  matter.
4
5  STIPULATED:
6
7  DATED: 12-29-05                           _____/s/_____
8                                            Attorney for Defendant Eklund
9
10 DATED: 01-01-06                           _____/s/_____
                                             KIRSTIN M. AULT
11                                           Assistant United States Attorney
12
13        IT IS SO ORDERED that disclosure of the above-described discovery materials shall be
14 restricted as set forth above.
15
16 DATED: 1/6/2005                           _____
                                             MARTIN J. JENKINS
17                                           United States District Judge

PROTECTIVE ORDER
[CR 05-00650 MJJ]                    4